December 4, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

MATTHEW HERMANN FAVARD D/B/A BEST OFFER AUTO, Appellant

NO. 14-14-00645-CV V.

RENEE EDMUND, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on July 30, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Matthew Hermann Favard d/b/a Best Offer Auto.

We further order this decision certified below for observance.